FLI*12DEC17PM0221USBCSDF-FTL

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.pov

In re:

FTLL ROBOVAULT, LLC,

Case No,: 12-33090-JKO
Chapter 11

Debtor.

_____/

## MOTION FOR CONTEMPT OF TRUSTEE AND MOTION FOR DISCHARGE OF TRUSTEE

**COMES NOW** the debtor and Moves this Honorable Court for an order holding the appointed Bankruptcy Trustee, Barry Mukamal and his staff in contempt for failure to comply with the duties and obligations of a Chapter 11 Trustee and would further move this Honorable Court for an order discharging the Trustee and returning the control of the properties in question to Marvin T. Chaney and as grounds would state as follows:

That the obligations of a Chapter 11 Trustee include overseeing the reorganization of the debts in question so debtor can pay some or all of the creditors. In a Chapter 11 Bankruptcy reorganization it is required that a creditor's meeting be noticed and scheduled by the trustee. In this case that has not been done.

That the trustee has an obligation to comply with Section 1106 (a) of the of the Code in a reorganization matter and outlines six (6) specific duties that the trustee is required to comply with....as well as incorporating the five (5) duties imposed on a trustee by a Chapter 7 matter, in the matter before the court the trustee has failed:  to file any reports to the court which are mandatory, has failed to provide information to specific clients of the vault after receiving requests for same, he has not objectively examined the claims of those parties who do business with the vault although he has repeatedly been asked to do so, he has not disclosed a list of creditors nor a schedule of assets and liabilities, nor has he filed a statement of the financial affairs of the debtor.

Further, this trustee and the attorneys for the trustee have rejected out of hand the business of the vault, ( a purchase program for certain financial instruments) which unless the Court, upon motion, has ordered otherwise the trustee is obligated to investigate all of the operations of the debtor and the debtors business.

The trustee has barred clients of the vault from receiving their property or alternatively from accessing same.

The trustee, through his employee, Eliot Rothstein, has made representations to clients of the vault that the trustee was working closely with the purchasing group of these documents and that the program would go forward as contracted for between the debtor and the purchaser. The truth being that although the purchase program is to start tomorrow on the approximately 30, 000 instruments contracted for; the trustee is appearing before this Honorable Court requesting that the Court issue an order for the return of the bonds. The real failure in the trustee is that he has been made aware by the purchaser that the debtor's fee for this program is sufficient to pay off the entire debt of the properties.

In addition the trustee, Barry Mukamal, has purposely and intentionally hindered the operation and business of the vault in order to attempt to place the vault into Chapter 7 liquidation.

This trustee has not complied with his duties as an independent third party, he has not represented the estate for the benefit of the various parties of interest. The only interest that the trustee seems to have is one of his own agenda.

This trustee has continually breached and continues to so breach his duty of care, and the standard that goes along with it... and has consistently breached his fiduciary responsibilities by failing to operate the businesses in a proper manner.

The trustee has failed to file the required reports, i.e., summaries of operations of the business to the court, he has not reasonably examined the claims of clients of the Robovault with regard to the financial instruments therein

Further, this trustee, Barry Mukamal, has failed to present the international promissory note to the debtor for payment of the debt. In fact, it is the unknown nature of the instrument, though perfectly legal tender drawn on the United States Treasury, by the trustee and his attorney, Mr. Fierburg, that has caused the trustee to intentionally breach his duties and obligations. That duty being the presentation of the instrument to the debt holder.

Wherefore, the debtor moves this Honorable Court to hold the trustee, Barry Mukamal, in contempt for the violations and failures to perform his office as listed above; in addition, the debtor would move this Honorable Court to replace Barry Mukamal with a new trustee in the event this Honorable Court does not dismiss this bankruptcy filing.

dated this 17th day of December, 2012

By: *[signature]*
Lawrence B. Wrenn
Fla. Bar # 263079

I certify that a true and correct copy of this motion was mailed this day to all parties on the service list.

By: _____
Lawrence Wrenn
Fla, Bar # 263079

## SERVICE LIST

I certify that a true and complete copy of this **Motion For Contempt Of Trustee And Motion For Discharge Of Trustee** g has been mailed/emailed to all parties on the service list.

By: _____
Lawrence Wrenn
Fla, Bar # 263079

MICHAEL S, BUDWICK
Florida Bar Number: 938777
E-Mail:mbudwickiSmelandrussin.corn
MELAND RUSSIN & BUDWICK, P.A,
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131

Mailing Information for Case 12-330S7-JKO
Electronic Mail Notice List
The following is the hst of parties who are currently on the list to receive email notice/service for this case
~ Michael S Budwick mbudwick@melandrussin corn, Itannenbaum@melandrussm corn;mrbnefs@yahoo corn
~ James H Fierberg ecf.fierberg@rprslaw,corn, Jfierberg@rprslaw corn
~ Holhe N Hawn hhawn@broward.org
~ John A Moffa John@trusteelawfirm corn,
atty elltson@bluestylus corn;pat@trusteelawfirm comdoel@trusteelawfirm corn,mark@trusteelawfinn corn,annmarie@trusteelawfirm.corn,JohnAMoffa@gmail.corn,N
~ Barry E Mukamal bankruptcy@marcumllp corn, FL64@ecfcbts.corn
~ Office of the VS Trustee USTPRegion21 MM ECFusdoJ gov