UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.pov

In re:

FTLL ROBOVAULT, LLC,

Case No,: 12-33090-JKO
Chapter 11

Debtor.
_____/

## MOTION TO STRIKE

Comes now the debtor by and through the undersigned and moves this court for an order of protection and/or alternatively an order striking notice of the hearing for sanctions on the 8th day of January and would state as follows;

1. That the undersigned received notice of this hearing late Friday afternoon, January 4, 2013.

2. At no time prior to the arbitrary and capricious setting of this hearing was the undersigned contacted to determine either his or his clients availability.

3. That the undersigned has had a business trip scheduled out of town for several weeks involving multiple parties and cannot change that particular conflict.

4. That this is not the first time that the undersigned has received late notice from counsel, however, in the past such late notice has been of no consequence. This notice is in direct conflict with matters previously set and such cannot be changed.

Wherefore the debtor moves this court for an order of protection and/or alternatively an order striking the hearing on sanctions scheduled for the 8th of January, 2013.

Dated this 7th day of January, 2013

By:_____
Lawrence B Wrenn
Fla. Bar #263079

## SERVICE LIST

I certify that a true and complete copy of this Motion has been mailed/emailed to all parties on the service list.

By: _____
Lawrence Wrenn
Fla, Bar # 263079

MICHAEL S, BUDWICK
Florida Bar Number: 938777
E-Mail:mbudwickiSmelandrussin.corn
MELAND RUSSIN & BUDWICK, P.A,
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131

Mailing Information for Case 12-330S7-JKO
Electronic Mail Notice List
The following is the hst of parties who are currently on the list to receive email notice/service for this case
~ Michael S Budwick mbudwick@melandrussin corn, Itannenbaum@melandrussm corn;mrbnefs@yahoo corn
~ James H Fierberg ecf.fierberg@rprslaw,corn, Jfierberg@rprslaw corn
~ Holhe N Hawn hhawn@broward.org
~ John A Moffa John@trusteelawfirm corn,
atty elltson@bluestylus corn;pat@trusteelawfirm comdoel@trusteelawfirm corn,mark@trusteelawfinn corn,annmarie@trusteelawfirm.corn,JohnAMoffa@gmail.corn,N
~ Barry E Mukamal bankruptcy@marcumllp corn, FL64@ecfcbts.corn
~ Office of the VS Trustee USTPRegion21 MM ECFusdoJ gov