ORDERED in the Southern District of Florida on _January 29 2013_



John K. Olson, Judge
United States Bankruptcy Court

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### Fort Lauderdale Division
www.flsb.uscourts.gov

**In re:**

**FTLL ROBOVAULT, LLC,**

Case No. 12-33090-JKO

Chapter 11

Debtor.
_____/

**ORDER ON CONTEMPT PROCEEDINGS AGAINST MARVIN T. CHANEY, REMANDING CHANEY TO THE CUSTODY OF THE UNITED STATES MARSHAL, PROVIDING FOR PURGING OF CONTEMPT, AND SETTING FURTHER HEARING**

This case came before the Court on January 29, 2013, at 1:30 p.m. on the Order (the "Contempt Order") Finding [1] Lawrence B. Wrenn and Marvin T. Chaney in Civil Contempt of this Court and [2] Directing Their Apprehension by Federal Law Enforcement Agencies [ECF 137, entered January 22, 2013].

The Contempt Order set forth in detail a number of matters with which Mr. Chaney had been directed to comply by prior orders of this Court. At the hearing, Mr. Chaney and his wife, Dyan Dubin Chaney, testified under oath. Mr. Chaney was represented at the hearing by Attorney Allison

Gilman, who entered a limited appearance on his behalf. Mr. Chaney was brought before the Court by the United States Marshal Service.

Mr. Chaney remains in non-compliance with the prior orders of this Court, and in particular has failed to cure any of the outstanding matters described in the Contempt Order. Mr. Chaney accordingly remains in contempt of this Court. He may purge his contempt by his compliance with the requirements of the Contempt Order. Pending such compliance, he is remanded to the custody of the United States Marshal Service. Mr Chaney holds the key to his jail in his pocket and will be released upon compliance, and the Court will conduct a further hearing at the earliest possible date.

Based upon the foregoing, it is **ORDERED:**

1. Marvin T. Chaney remains in civil contempt of this Court for his failure to comply with the matters described in detail in this Court's Contempt Order [ECF 137] entered January 22, 2013.

2. Marvin T. Chaney is remanded to the custody of the United States Marshal Service pending further order of this Court.

3. The Court will conduct a further hearing on the Contempt Order on **Tuesday, February 5, 2013, at 1:00 p.m.** The Marshal Service is requested to make Mr. Chaney available for that hearing.

4. Mr. Chaney may, through counsel, request an earlier hearing as soon as he is in compliance with the provisions of the Contempt Order.

###