# Form 1
# Individual Estate Property Record and Report
# Asset Cases

Page: 1-1

| Case No.: | 12-33090-BKC-JKO | Trustee Name: | (290830) Barry Mukamal |
|---|---|---|---|
| Case Name: | FTLL ROBOVAULT LLC | Date Filed (f) or Converted (c): | 05/15/2013 (c) |
| | | § 341(a) Meeting Date: | 06/10/2013 |
| For Period Ending: | 06/30/2017 | Claims Bar Date: | 09/09/2013 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | FUNDS TURNED OVER BY THE CHAPTER 11 TRUSTEE (u) | 29,559.45 | 29,559.45 | | 29,559.45 | FA |
| 2 | FARG FUNDING HELD IN ESCROW (u) | 520,925.84 | 520,925.84 | | 520,925.84 | FA |
| 3 | INSURANCE PREMIUM REFUND (u) | 1,573.18 | 1,573.18 | | 1,818.99 | FA |
| 4 | BONDS HELD IN STORAGE (u) | 36,100.00 | 36,100.00 | | 36,100.00 | FA |
| 5 | CHAPTER 11 BOND REFUND (u) | 43.56 | 43.56 | | 43.56 | FA |
| 5 | **Assets    Totals**    (Excluding unknown values) | **$588,202.03** | **$588,202.03** | | **$588,447.84** | **$0.00** |

**Major Activities Affecting Case Closing:**

The assets of the debtor were soid in the Chapter 11, court ordered 02/15/13, ECF 181. SKR bonds which were kept in storage have been returned to their owners, court ordered 03/31/13 ECF 213.
Claims review complete.  Tax returns filed annually.

TFR will be submitted upon resolving claim objections.

08/23/13 - Court order granting employment of Trustee's counsel, Arthur Rice, Esq.
05/22/13 - Court order granting employment of Trustee's forensic accountant, Barry E. Mukamal CPA
05/15/13 - Notice appointing Chapter 7 Trustee, Barry E. Mukamal

| **Initial Projected Date Of Final Report (TFR):** | 06/30/2014 | **Current Projected Date Of Final Report (TFR):** | 09/30/2017 |
|---|---|---|---|

# Form 1
# Individual Estate Property Record and Report
# Asset Cases

Page: 1-2

**Case No.:** 12-33090-BKC-JKO  
**Case Name:** FTLL ROBOVAULT LLC  

**For Period Ending:** 06/30/2017

**Trustee Name:** (290830) Barry Mukamal  
**Date Filed (f) or Converted (c):** 05/15/2013 (c)  
**§ 341(a) Meeting Date:** 06/10/2013  
**Claims Bar Date:** 09/09/2013

07/31/2017  
Date

/s/Barry Mukamal  
Barry Mukamal

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-1

| Case No.: | 12-33090-BKC-JKO | Trustee Name: | Barry Mukamal (290830) |
|---|---|---|---|
| Case Name: | FTLL ROBOVAULT LLC | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***9262 | Account #: | ******7866 Checking Account |
| For Period Ending: | 06/30/2017 | Blanket Bond (per case limit): | $84,082,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/20/2013 | {1} | FTLL Robovault LLC | Chapter 11 bank balance | 1290-010 | 27,204.88 | | 27,204.88 |
| 05/22/2013 | {4} | Rosa Baguisa | Bond held in storage, court ordered 03/31/13 ECF 213 | 1229-000 | 275.00 | | 27,479.88 |
| 05/30/2013 | {4} | Celia Christianson | Bond SKR #322, court ordered 03/31/13 ECF 213 | 1229-000 | 275.00 | | 27,754.88 |
| 06/06/2013 | {4} | FTLL Robovault LLC | Bond SKR 574-A & 630-A, court ordered 03/31/13 ECF 213 | 1229-000 | 50.00 | | 27,804.88 |
| 06/06/2013 | {2} | Rice Pugatch Robinson & Schiller PA | FARG funding held in escrow | 1290-010 | 348,594.48 | | 376,399.36 |
| 06/06/2013 | {4} | Robovault | Bond SKR #698-B, 724-B, 697-A, 697-B, court ordered 03/31/13 ECF 213 | 1229-000 | 1,000.00 | | 377,399.36 |
| 06/06/2013 | {4} | Robovault | Bond SKR #698-B, 724-B, 697-A, 697-B, court ordered 03/31/13 ECF 213 | 1229-000 | 100.00 | | 377,499.36 |
| 06/06/2013 | {4} | Robovault | Bond SKR #619-A, 950-A, court ordered 03/31/13 ECF 213 | 1229-000 | 275.00 | | 377,774.36 |
| 06/06/2013 | {4} | FTLL Robovault LLC | Bond SKR 574-A & 630-A, court ordered 03/31/13 ECF 213 | 1229-000 | 500.00 | | 378,274.36 |

{ } Asset Reference(s)                                                                                                                  ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-2

| | |
|---|---|
| Case No.: | 12-33090-BKC-JKO |
| Case Name: | FTLL ROBOVAULT LLC |
| Taxpayer ID #: | **-***9262 |
| For Period Ending: | 06/30/2017 |

| | |
|---|---|
| Trustee Name: | Barry Mukamal (290830) |
| Bank Name: | Rabobank, N.A. |
| Account #: | ******7866 Checking Account |
| Blanket Bond (per case limit): | $84,082,000.00 |
| Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/06/2013 | {1} | FTLL Robovault LLC | To close Chapter 11 DIP account | 1290-010 | 2,354.57 | | 380,628.93 |
| 06/11/2013 | {2} | RIce Pugatch Robinson | FARG funding held in escrow | 1290-010 | 172,331.36 | | 552,960.29 |
| 06/12/2013 | 101 | Barry E. Mukamal, Trustee | Chapter 11 trustee fees, court ordered 06/04/13 | 6101-000 | | 56,572.50 | 496,387.79 |
| 06/12/2013 | 102 | Rice Pugatch Robinson & Schiller PA | Attorney for the chapter 11 trustee fees & expenses, court ordered 05/22/13 and 06/07/13 | | | 172,331.36 | 324,056.43 |
| | | | Allocation Expenses $1,919.86 | 6120-000 | | | 324,056.43 |
| | | | Allocation Fees $170,411.50 | 6110-000 | | | 324,056.43 |
| 06/17/2013 | 103 | Marcum LLP | First interim fees, court ordered 06/13/13 | 6310-000 | | 270,955.00 | 53,101.43 |
| 06/19/2013 | {4} | MarcumRachlin a Division of Marcum LLP | Bond SKR #1098, court ordered 03/31/13 ECF 213 | 1229-000 | 550.00 | | 53,651.43 |
| 06/24/2013 | {4} | Spencemann | Bond SKR #1090A, court ordered 03/31/13 ECF 213 | 1229-000 | 275.00 | | 53,926.43 |

{ } Asset Reference(s)                                                                                                  ! - transaction has not been cleared

# Form 2

Page: 2-3

## Cash Receipts And Disbursements Record

| Case No.: | 12-33090-BKC-JKO | Trustee Name: | Barry Mukamal (290830) |
|---|---|---|---|
| Case Name: | FTLL ROBOVAULT LLC | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***9262 | Account #: | ******7866 Checking Account |
| For Period Ending: | 06/30/2017 | Blanket Bond (per case limit): | $84,082,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/26/2013 | {4} | FTLL Robovault LLC | Bond SKR 722-C, court ordered 03/31/13 ECF 213 | 1229-000 | 275.00 | | 54,201.43 |
| 06/28/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 264.59 | 53,936.84 |
| 07/19/2013 | {5} | Global Surety LLC - Operating Acct | Refund CH 11 bond premium | 1229-000 | 43.56 | | 53,980.40 |
| 07/24/2013 | {3} | First Insurance Funding | Insurance premium refund | 1229-000 | 1,573.18 | | 55,553.58 |
| 07/31/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 85.80 | 55,467.78 |
| 08/29/2013 | {4} | FTLL Robovault | SKR #1074-A, court ordered 03/31/13 ECF 213 | 1229-000 | 275.00 | | 55,742.78 |
| 08/29/2013 | {4} | Ilie Floren Marza | SKR#423, court ordered 03/31/13 ECF 213 | 1229-000 | 300.00 | | 56,042.78 |
| 08/30/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 79.79 | 55,962.99 |
| 09/06/2013 | {4} | James Gill | Bond, court ordered 03/31/13 ECF 213 | 1229-000 | 300.00 | | 56,262.99 |
| 09/27/2013 | {3} | First Insurance Funding | Refund of insurance premium | 1229-000 | 245.81 | | 56,508.80 |
| 09/27/2013 | {4} | Marc Bachmann | Lot 1 bid deposit - 56 bonds, court ordered 08/27/13 | 1229-000 | 5,000.00 | | 61,508.80 |

{ } Asset Reference(s)                                    ! - transaction has not been cleared

# Form 2

Page: 2-4

## Cash Receipts And Disbursements Record

| Case No.: | 12-33090-BKC-JKO | Trustee Name: | Barry Mukamal (290830) |
|---|---|---|---|
| Case Name: | FTLL ROBOVAULT LLC | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***9262 | Account #: | ******7866 Checking Account |
| For Period Ending: | 06/30/2017 | Blanket Bond (per case limit): | $84,082,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/30/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 78.12 | 61,430.68 |
| 10/01/2013 | {4} | FTLL Robovault LLC | SKR 388, court ordered 03/31/13 ECF 213 | 1229-000 | 275.00 | | 61,705.68 |
| 10/22/2013 | {4} | Dode Group | Dode documents, court ordered 03/31/13 ECF 213 | 1229-000 | 1,375.00 | | 63,080.68 |
| 10/25/2013 | {4} | Wyndham Ltd. | Lot #1 balance on auction sale of bonds, court ordered 08/27/13 | 1229-000 | 20,000.00 | | 83,080.68 |
| 10/28/2013 | {4} | Tomislav Jakovac | Deposit on Lot #2, court ordered 08/27/13 | 1229-000 | 1,250.00 | | 84,330.68 |
| 10/31/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 100.66 | 84,230.02 |
| 11/01/2013 | {4} | Tomislav Jakovac | balance due on auction, court ordered 08/27/13 | 1229-000 | 3,750.00 | | 87,980.02 |
| 11/29/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 117.92 | 87,862.10 |
| 12/31/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 139.01 | 87,723.09 |
| 01/20/2014 | 104 | Marcum LLP | First interim fee application, 80% fees, 100% expenses, court ordered 01/16/14 | | | 40,444.88 | 47,278.21 |

{ } Asset Reference(s)                          ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-5

| Case No.: | 12-33090-BKC-JKO | Trustee Name: | Barry Mukamal (290830) |
|---|---|---|---|
| Case Name: | FTLL ROBOVAULT LLC | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***9262 | Account #: | ******7866 Checking Account |
| For Period Ending: | 06/30/2017 | Blanket Bond (per case limit): | $84,082,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | Allocation expenses $50.48 | 3320-000 | | | 47,278.21 |
| | | | Allocation Fees $40,394.40 | 3310-000 | | | 47,278.21 |
| 01/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 112.93 | 47,165.28 |
| 02/28/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 63.31 | 47,101.97 |
| 03/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 65.49 | 47,036.48 |
| 04/24/2014 | 105 | Marcum LLP | Final Chapter 11 fees, court ordered 04/14/14, ECF 315 & 316 | 3310-000 | | 21,045.00 | 25,991.48 |
| 04/30/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 72.16 | 25,919.32 |
| 05/30/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.28 | 25,882.04 |
| 06/30/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.98 | 25,846.06 |
| 07/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.89 | 25,805.17 |
| 08/29/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.87 | 25,769.30 |

{ } Asset Reference(s)   ! - transaction has not been cleared

# Form 2

Page: 2-6

## Cash Receipts And Disbursements Record

| | |  | | |
|---|---|---|---|---|
| Case No.: | 12-33090-BKC-JKO | Trustee Name: | Barry Mukamal (290830) | |
| Case Name: | FTLL ROBOVAULT LLC | Bank Name: | Rabobank, N.A. | |
| Taxpayer ID #: | **-***9262 | Account #: | ******7866 Checking Account | |
| For Period Ending: | 06/30/2017 | Blanket Bond (per case limit): | $84,082,000.00 | |
| | | Separate Bond (if applicable): | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/30/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.53 | 25,729.77 |
| 10/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.24 | 25,691.53 |
| 11/28/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.25 | 25,658.28 |
| 12/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.82 | 25,616.46 |
| 01/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.84 | 25,579.62 |
| 02/27/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.33 | 25,545.29 |
| 03/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.19 | 25,506.10 |
| 04/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.68 | 25,469.42 |
| 05/29/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.41 | 25,434.01 |
| 06/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.02 | 25,394.99 |
| 07/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.74 | 25,357.25 |
| 08/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.25 | 25,322.00 |
| 09/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.85 | 25,283.15 |

{ } Asset Reference(s)  ! - transaction has not been cleared

## Form 2

## Cash Receipts And Disbursements Record

Page: 2-7

| Case No.: | 12-33090-BKC-JKO | Trustee Name: | Barry Mukamal (290830) |
|---|---|---|---|
| Case Name: | FTLL ROBOVAULT LLC | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***9262 | Account #: | ******7866 Checking Account |
| For Period Ending: | 06/30/2017 | Blanket Bond (per case limit): | $84,082,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.36 | 25,246.79 |
| 11/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.10 | 25,211.69 |
| 12/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.89 | 25,171.80 |
| 01/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.90 | 25,136.90 |
| 03/01/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.85 | 25,102.05 |
| 03/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.61 | 25,062.44 |
| 04/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.75 | 25,027.69 |
| 05/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.70 | 24,992.99 |
| 06/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.43 | 24,953.56 |
| 07/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.59 | 24,918.97 |
| 08/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.31 | 24,879.66 |
| 09/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.68 | 24,843.98 |
| 10/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.44 | 24,809.54 |

{ } Asset Reference(s)    ! - transaction has not been cleared

# Form 2

Page: 2-8

## Cash Receipts And Disbursements Record

| Case No.: | 12-33090-BKC-JKO | Trustee Name: | Barry Mukamal (290830) |
|---|---|---|---|
| Case Name: | FTLL ROBOVAULT LLC | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***9262 | Account #: | ******7866 Checking Account |
| For Period Ending: | 06/30/2017 | Blanket Bond (per case limit): | $84,082,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 37.96 | 24,771.58 |
| 12/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 35.53 | 24,736.05 |
| 01/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 37.94 | 24,698.11 |
| 02/28/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 33.15 | 24,664.96 |
| 03/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 36.65 | 24,628.31 |
| 04/28/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 33.06 | 24,595.25 |
| 05/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 38.91 | 24,556.34 |
| 06/30/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 35.31 | 24,521.03 |
| | | **COLUMN TOTALS** | | | 588,447.84 | 563,926.81 | $24,521.03 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 588,447.84 | 563,926.81 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$588,447.84** | **$563,926.81** | |

{ } Asset Reference(s)                                                                                                                                          ! - transaction has not been cleared

# Form 2

Page: 2-9

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 12-33090-BKC-JKO | **Trustee Name:** | Barry Mukamal (290830) |
| **Case Name:** | FTLL ROBOVAULT LLC | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***9262 | **Account #:** | ******7866 Checking Account |
| **For Period Ending:** | 06/30/2017 | **Blanket Bond (per case limit):** | $84,082,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $588,447.84 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $588,447.84 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******7866 Checking Account | $588,447.84 | $563,926.81 | $24,521.03 |
| | $588,447.84 | $563,926.81 | $24,521.03 |

**07/31/2017**  
**Date**

**/s/Barry Mukamal**  
**Barry Mukamal**