**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re: FTLL ROBOVAULT LLC § Case No. 12-33090-BKC-JKO
ROBO VAULT §
§
§
Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Barry E. Mukamal, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $0.00 | Assets Exempt: | N/A |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $501.90 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $587,945.94 | | |

3) Total gross receipts of $588,447.84 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $588,447.84 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $22,662,623.76 | $387,331.14 | $501.90 | $501.90 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $96,300.35 | $96,300.35 | $67,042.08 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $532,313.31 | $532,313.31 | $520,903.86 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $3,644.16 | $3,644.16 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $1,272,329.09 | $19,346,389.81 | $19,337,327.18 | $0.00 |
| **TOTAL DISBURSEMENTS** | $23,934,952.85 | $20,365,978.77 | $19,970,086.90 | $588,447.84 |

4) This case was originally filed under chapter 11 on 09/27/2012, and it was converted to chapter 7 on 05/15/2013. The case was pending for 71 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  04/11/2019          By: /s/ Barry Mukamal
                                 Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| FUNDS TURNED OVER BY THE CHAPTER 11 TRUSTEE | 1290-010 | $29,559.45 |
| CHAPTER 11 BOND REFUND | 1229-000 | $43.56 |
| INSURANCE PREMIUM REFUND | 1229-000 | $1,818.99 |
| FARG FUNDING HELD IN ESCROW | 1290-010 | $520,925.84 |
| BONDS HELD IN STORAGE | 1229-000 | $36,100.00 |
| **TOTAL GROSS RECEIPTS** | | **$588,447.84** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 3 - SECURED CLAIMS**

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1-4 | Broward County Records, Taxes & Treasur | 4700-070 | $817,818.43 | $108,899.84 | $0.00 | $0.00 |
| 3 | 2012 RA TLC LLC | 4700-000 | $276,029.40 | $276,029.40 | $0.00 | $0.00 |
| 6-S | US Bank NA dba US Bank Equipment Finance | 4210-000 | NA | $1,900.00 | $0.00 | $0.00 |
| 8-S | City of Fort Lauderdale | 4700-070 | NA | $501.90 | $501.90 | $501.90 |
| N/F | Florida Asset Resolution Group LLC | 4110-000 | $21,568,775.93 | NA | NA | NA |
| | **TOTAL SECURED** | | **$22,662,623.76** | **$387,331.14** | **$501.90** | **$501.90** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Expenses - Barry Mukamal | 2200-000 | NA | $145.45 | $145.45 | $99.78 |
| Accountant for Trustee, Fees - Marcum LLP | 3310-000 | NA | $63,058.00 | $63,058.00 | $43,259.01 |
| Accountant for Trustee, Expenses - Marcum LLP | 3320-000 | NA | $75.27 | $75.27 | $51.64 |
| Fees, United States Trustee | 2950-000 | NA | $975.00 | $975.00 | $668.87 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $3,115.39 | $3,115.39 | $3,115.39 |
| Attorney for Trustee Fees (Other Firm) - Rice Pugatch Robinson & Schiller PA | 3210-000 | NA | $25,485.00 | $25,485.00 | $17,483.20 |
| Attorney for Trustee Fees (Other Firm) - Rice Pugatch Robinson Storfer & Cohen PLLC | 3210-000 | NA | $864.00 | $864.00 | $592.72 |
| Attorney for Trustee Expenses (Other Firm) - Rice Pugatch Robinson & Schiller PA | 3220-000 | NA | $2,452.28 | $2,452.28 | $1,682.31 |
| Attorney for Trustee Expenses (Other Firm) - Rice Pugatch Robinson Storfer & Cohen PLLC | 3220-000 | NA | $129.96 | $129.96 | $89.16 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $96,300.35 | $96,300.35 | $67,042.08 |

UST Form 101-7-TDR ( 10 /1/2010)

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Prior Chapter Trustee Compensation - Barry E. Mukamal | 6101-000 | NA | $56,572.50 | $56,572.50 | $56,572.50 |
| Prior Chapter Accountant for Trustee Expenses (Trustee Firm) - Marcum LLP | 6320-000 | NA | $184.45 | $184.45 | $0.00 |
| Prior Chapter Accountant for Trustee Fees (Trustee Firm) - Marcum LLP | 6310-000 | NA | $303,225.00 | $303,225.00 | $292,000.00 |
| Prior Chapter Attorney for Trustee/DIP Expenses (Other Firm) - Rice Pugatch Robinson & Schiller PA | 6220-000 | NA | $1,919.86 | $1,919.86 | $1,919.86 |
| Prior Chapter Attorney for Trustee/DIP Fees (Other Firm) - Rice Pugatch Robinson & Schiller PA | 6210-000 | NA | $170,411.50 | $170,411.50 | $170,411.50 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | **$0.00** | **$532,313.31** | **$532,313.31** | **$520,903.86** |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | Melanie Richer | 5300-000 | NA | $3,600.00 | $3,600.00 | $0.00 |
| 8-P | City of Fort Lauderdale | 5800-000 | NA | $44.16 | $44.16 | $0.00 |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$0.00** | **$3,644.16** | **$3,644.16** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Westfalia Technologies, Inc | 7100-000 | $242,843.88 | $242,843.88 | $242,843.88 | $0.00 |
| 4 | Florida Asset Resolution Group, LLC | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 5-2 | Florida Asset Resolution Group, LLC | 7100-000 | NA | $19,085,000.30 | $19,085,000.30 | $0.00 |
| 6-U | US Bank NA dba US Bank Equipment Finance | 7100-000 | $9,062.63 | $9,062.63 | $0.00 | $0.00 |
| 9 | City of Fort Lauderdale | 7100-000 | NA | $9,083.00 | $9,083.00 | $0.00 |
| 11 | Diamond Cuts | 7200-000 | NA | $400.00 | $400.00 | $0.00 |
| N/F | AT&T | 7100-000 | $1,020.04 | NA | NA | NA |
| N/F | Alberto Cartalatin | 7100-000 | $460.00 | NA | NA | NA |
| N/F | American Express | 7100-000 | $5,200.00 | NA | NA | NA |
| N/F | City of Ft. Lauderdale | 7100-000 | $355.72 | NA | NA | NA |
| N/F | Comcast | 7100-000 | $157.61 | NA | NA | NA |
| N/F | First Insurance Funding Corp. | 7100-000 | $10,922.31 | NA | NA | NA |
| N/F | Green Earth Beverage Systems | 7100-000 | $174.90 | NA | NA | NA |
| N/F | Marvin T. Chaney | 7100-000 | $1,000,000.00 | NA | NA | NA |
| N/F | Mut li-Dimensional Inc | 7100-000 | $1,690.00 | NA | NA | NA |
| N/F | YP | 7100-000 | $442.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$1,272,329.09** | **$19,346,389.81** | **$19,337,327.18** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

**Case No.:** 12-33090-BKC-JKO
**Case Name:** FTLL ROBOVAULT LLC
**For Period Ending:** 04/11/2019

**Trustee Name:** (290830) Barry E. Mukamal
**Date Filed (f) or Converted (c):** 05/15/2013 (c)
**§ 341(a) Meeting Date:** 06/10/2013
**Claims Bar Date:** 09/09/2013

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | FUNDS TURNED OVER BY THE CHAPTER 11 TRUSTEE (u) | 29,559.45 | 29,559.45 | | 29,559.45 | FA |
| 2 | FARG FUNDING HELD IN ESCROW (u) | 520,925.84 | 520,925.84 | | 520,925.84 | FA |
| 3 | INSURANCE PREMIUM REFUND (u) | 1,573.18 | 1,573.18 | | 1,818.99 | FA |
| 4 | BONDS HELD IN STORAGE (u)<br>$30,000 sale proceeds (ECF #290) & $6,100 bond retrieval fees (ECF #198 & #213) | 36,100.00 | 36,100.00 | | 36,100.00 | FA |
| 5 | CHAPTER 11 BOND REFUND (u) | 43.56 | 43.56 | | 43.56 | FA |
| 5 | **Assets Totals (Excluding unknown values)** | **$588,202.03** | **$588,202.03** | | **$588,447.84** | **$0.00** |

**Major Activities Affecting Case Closing:**

The assets of the debtor were sold in the Chapter 11 case, court ordered ECF #181. SKR bonds which were kept in storage were returned to their owners (ECF #198 & #213) or sold pursuant to ECF #290. Claims review complete. Tax returns filed annually.

08/23/13 - Court order granting employment of Trustee's counsel, Arthur Rice, Esq.
05/22/13 - Court order granting employment of Trustee's forensic accountant, Barry E. Mukamal CPA
05/15/13 - Notice appointing Chapter 7 Trustee, Barry E. Mukamal

**Initial Projected Date Of Final Report (TFR):** 06/30/2014     **Current Projected Date Of Final Report (TFR):** 12/12/2018 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 1

| Case No.: | 12-33090-BKC-JKO | Trustee Name: | Barry E. Mukamal (290830) |
|---|---|---|---|
| Case Name: | FTLL ROBOVAULT LLC | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***9262 | Account #: | ******7866 Checking Account |
| For Period Ending: | 04/11/2019 | Blanket Bond (per case limit): | $56,290,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/20/13 | {1} | FTLL Robovault LLC | Chapter 11 bank balance | 1290-010 | 27,204.88 | | 27,204.88 |
| 05/22/13 | {4} | Rosa Baguisa | Bond retrieval fees; court ordered ECF #198 & #213 | 1229-000 | 275.00 | | 27,479.88 |
| 05/30/13 | {4} | Celia Christianson | Bond SKR #322; bond retrieval fees; court ordered ECF #198 & #213 | 1229-000 | 275.00 | | 27,754.88 |
| 06/06/13 | {4} | FTLL Robovault LLC | Bond SKR 574-A & 630-A; bond retrieval fees; court ordered ECF #198 & #213 | 1229-000 | 50.00 | | 27,804.88 |
| 06/06/13 | {2} | Rice Pugatch Robinson & Schiller PA | FARG funding held in escrow | 1290-010 | 348,594.48 | | 376,399.36 |
| 06/06/13 | {4} | Robovault | Bond SKR #698-B, 724-B, 697-A, 697-B; bond retrieval fees; court ordered ECF #198 & #213 | 1229-000 | 1,000.00 | | 377,399.36 |
| 06/06/13 | {4} | Robovault | Bond SKR #698-B, 724-B, 697-A, 697-B; bond retrieval fees; court ordered ECF #198 & #213 | 1229-000 | 100.00 | | 377,499.36 |
| 06/06/13 | {4} | Robovault | Bond SKR #619-A, 950-A; bond retrieval fees; court ordered ECF #198 & #213 | 1229-000 | 275.00 | | 377,774.36 |
| 06/06/13 | {4} | FTLL Robovault LLC | Bond SKR 574-A & 630-A; bond retrieval fees; court ordered ECF #198 & #213 | 1229-000 | 500.00 | | 378,274.36 |
| 06/06/13 | {1} | FTLL Robovault LLC | To close Chapter 11 DIP account | 1290-010 | 2,354.57 | | 380,628.93 |
| 06/11/13 | {2} | RIce Pugatch Robinson | FARG funding held in escrow | 1290-010 | 172,331.36 | | 552,960.29 |
| 06/12/13 | 101 | Barry E. Mukamal, Trustee | Chapter 11 trustee fees, court ordered 06/04/13 | 6101-002 | | 56,572.50 | 496,387.79 |
| 06/12/13 | 102 | Rice Pugatch Robinson & Schiller PA | Attorney for the chapter 11 trustee fees & expenses, court ordered 05/22/13 and 06/07/13 | | | 172,331.36 | 324,056.43 |
| | | | Allocation Expenses $1,919.86 | 6220-002 | | | 324,056.43 |
| | | | Allocation Fees $170,411.50 | 6210-002 | | | 324,056.43 |
| 06/17/13 | 103 | Marcum LLP | First interim fees, court ordered 06/13/13 | 6310-002 | | 270,955.00 | 53,101.43 |
| 06/19/13 | {4} | MarcumRachlin a Division of Marcum LLP | Bond SKR #1098; bond retrieval fees; court ordered ECF #198 & #213 | 1229-000 | 550.00 | | 53,651.43 |
| 06/24/13 | {4} | Spencemann | Bond SKR #1090A; bond retrieval fees; court ordered ECF #198 & #213 | 1229-000 | 275.00 | | 53,926.43 |
| 06/26/13 | {4} | FTLL Robovault LLC | Bond SKR 722-C; bond retrieval fees; court ordered ECF #198 & #213 | 1229-000 | 275.00 | | 54,201.43 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services | 2600-000 | | 264.59 | 53,936.84 |
| | | | Page Subtotals | | $554,060.29 | $500,123.45 | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 2

| Case No.: | 12-33090-BKC-JKO | Trustee Name: | Barry E. Mukamal (290830) |
|---|---|---|---|
| Case Name: | FTLL ROBOVAULT LLC | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***9262 | Account #: | ******7866 Checking Account |
| For Period Ending: | 04/11/2019 | Blanket Bond (per case limit): | $56,290,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
|  |  |  | Fee |  |  |  |  |
| 07/19/13 | {5} | Global Surety LLC - Operating Acct | Refund CH 11 bond premium | 1229-000 | 43.56 |  | 53,980.40 |
| 07/24/13 | {3} | First Insurance Funding | Insurance premium refund | 1229-000 | 1,573.18 |  | 55,553.58 |
| 07/31/13 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 85.80 | 55,467.78 |
| 08/29/13 | {4} | FTLL Robovault | SKR #1074-A; bond retrieval fees; court ordered ECF #198 & #213 | 1229-000 | 275.00 |  | 55,742.78 |
| 08/29/13 | {4} | Ilie Floren Marza | SKR#423; Bond retrieval fees; court ordered ECF #198 & #213 | 1229-000 | 300.00 |  | 56,042.78 |
| 08/30/13 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 79.79 | 55,962.99 |
| 09/06/13 | {4} | James Gill | Bond retrieval fees; court ordered ECF #198 & #213 | 1229-000 | 300.00 |  | 56,262.99 |
| 09/27/13 | {3} | First Insurance Funding | Refund of insurance premium | 1229-000 | 245.81 |  | 56,508.80 |
| 09/27/13 | {4} | Marc Bachmann | Sale of bonds, court ordered ECF #290 | 1229-000 | 5,000.00 |  | 61,508.80 |
| 09/30/13 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 78.12 | 61,430.68 |
| 10/01/13 | {4} | FTLL Robovault LLC | Bond retrieval fees; court ordered ECF #198 & #213 | 1229-000 | 275.00 |  | 61,705.68 |
| 10/22/13 | {4} | Dode Group | Bond retrieval fees; court ordered ECF #198 & #213 | 1229-000 | 1,375.00 |  | 63,080.68 |
| 10/25/13 | {4} | Wyndham Ltd. | Sale of bonds, court ordered ECF #290 | 1229-000 | 20,000.00 |  | 83,080.68 |
| 10/28/13 | {4} | Tomislav Jakovac | Sale of bonds, court ordered ECF #290 | 1229-000 | 1,250.00 |  | 84,330.68 |
| 10/31/13 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 100.66 | 84,230.02 |
| 11/01/13 | {4} | Tomislav Jakovac | Sale of bonds, court ordered ECF #290 | 1229-000 | 3,750.00 |  | 87,980.02 |
| 11/29/13 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 117.92 | 87,862.10 |
| 12/31/13 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 139.01 | 87,723.09 |
| 01/20/14 | 104 | Marcum LLP | First interim fee application, 80% fees, 100% expenses, court ordered 01/16/14 |  |  | 40,444.88 | 47,278.21 |
|  |  |  | Allocation expenses           $50.48 | 3320-000 |  |  | 47,278.21 |
|  |  |  | Allocation Fees           $40,394.40 | 3310-000 |  |  | 47,278.21 |
|  |  |  | Page Subtotals: |  | $34,387.55 | $41,046.18 |  |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)                                                       ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 3

| Case No.: | 12-33090-BKC-JKO | Trustee Name: | Barry E. Mukamal (290830) |
|---|---|---|---|
| Case Name: | FTLL ROBOVAULT LLC | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***9262 | Account #: | ******7866 Checking Account |
| For Period Ending: | 04/11/2019 | Blanket Bond (per case limit): | $56,290,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 112.93 | 47,165.28 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 63.31 | 47,101.97 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 65.49 | 47,036.48 |
| 04/24/14 | 105 | Marcum LLP | Final Chapter 11 fees, court ordered 04/14/14, ECF 315 & 316 | 6310-002 | | 21,045.00 | 25,991.48 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 72.16 | 25,919.32 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.28 | 25,882.04 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.98 | 25,846.06 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.89 | 25,805.17 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.87 | 25,769.30 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.53 | 25,729.77 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.24 | 25,691.53 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.25 | 25,658.28 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.82 | 25,616.46 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.84 | 25,579.62 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.33 | 25,545.29 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.19 | 25,506.10 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.68 | 25,469.42 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.41 | 25,434.01 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.02 | 25,394.99 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.74 | 25,357.25 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.25 | 25,322.00 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.85 | 25,283.15 |
| | | | **Page Subtotals:** | | **$0.00** | **$21,995.06** | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 4

| Case No.: | 12-33090-BKC-JKO | Trustee Name: | Barry E. Mukamal (290830) |
|---|---|---|---|
| Case Name: | FTLL ROBOVAULT LLC | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***9262 | Account #: | ******7866 Checking Account |
| For Period Ending: | 04/11/2019 | Blanket Bond (per case limit): | $56,290,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.36 | 25,246.79 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.10 | 25,211.69 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.89 | 25,171.80 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.90 | 25,136.90 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.85 | 25,102.05 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.61 | 25,062.44 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.75 | 25,027.69 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.70 | 24,992.99 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.43 | 24,953.56 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.59 | 24,918.97 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.31 | 24,879.66 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.68 | 24,843.98 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.44 | 24,809.54 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 37.96 | 24,771.58 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 35.53 | 24,736.05 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 37.94 | 24,698.11 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 33.15 | 24,664.96 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 36.65 | 24,628.31 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 33.06 | 24,595.25 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 38.91 | 24,556.34 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 35.31 | 24,521.03 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 34.09 | 24,486.94 |
| | | | **Page Subtotals:** | | **$0.00** | **$796.21** | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)          ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 5

| Case No.: | 12-33090-BKC-JKO | Trustee Name: | Barry E. Mukamal (290830) |
|---|---|---|---|
| Case Name: | FTLL ROBOVAULT LLC | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***9262 | Account #: | ******7866 Checking Account |
| For Period Ending: | 04/11/2019 | Blanket Bond (per case limit): | $56,290,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 38.74 | 24,448.20 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 33.99 | 24,414.21 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 37.45 | 24,376.76 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 35.06 | 24,341.70 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 33.84 | 24,307.86 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 38.45 | 24,269.41 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 32.58 | 24,236.83 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 34.86 | 24,201.97 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 33.64 | 24,168.33 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 38.24 | 24,130.09 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 33.55 | 24,096.54 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 36.96 | 24,059.58 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 35.75 | 24,023.83 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 18.42 | 24,005.41 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 21.70 | 23,983.71 |
| 03/20/19 | 106 | City of Fort Lauderdale | Distribution payment - Dividend paid at 100.00% of $501.90; Claim # 8-S; Filed: $501.90 | 4700-070 | | 501.90 | 23,481.81 |
| 03/20/19 | 107 | Barry Mukamal | Combined trustee compensation & expense dividend payments. | 2200-000 | | 99.78 | 23,382.03 |
| 03/20/19 | 108 | Marcum LLP | Combined payments for claim number , | | | 2,865.77 | 20,516.26 |
| | | | Claims Distribution - Mon, 02-11-2019       $1.16 | 3320-000 | | | 20,516.26 |
| | | | Claims Distribution - Mon, 02-11-2019       $2,864.61 | 3310-000 | | | 20,516.26 |
| 03/20/19 | 109 | Rice Pugatch Robinson & Schiller PA | Combined payments for claim number , | | | 19,165.51 | 1,350.75 |

Page Subtotals:   $0.00   $23,136.19

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

**Form 2**

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 6

| Case No.: | 12-33090-BKC-JKO | Trustee Name: | Barry E. Mukamal (290830) |
|---|---|---|---|
| Case Name: | FTLL ROBOVAULT LLC | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***9262 | Account #: | ******7866 Checking Account |
| For Period Ending: | 04/11/2019 | Blanket Bond (per case limit): | $56,290,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | Claims Distribution - Mon, 02-11-2019<br>$17,483.20 | 3210-000 | | | 1,350.75 |
| | | | Claims Distribution - Mon, 02-11-2019<br>$1,682.31 | 3220-000 | | | 1,350.75 |
| 03/20/19 | 110 | Rice Pugatch Robinson Storfer & Cohen PLLC | Combined payments for claim number , | | | 681.88 | 668.87 |
| | | | Claims Distribution - Mon, 02-11-2019<br>$592.72 | 3210-000 | | | 668.87 |
| | | | Claims Distribution - Mon, 02-11-2019<br>$89.16 | 3220-000 | | | 668.87 |
| 03/20/19 | 111 | Office of the United States Trustee | Distribution payment - Dividend paid at 68.60% of $975.00; Claim # 10; Filed: $975.00 | 2950-000 | | 668.87 | 0.00 |
| | | **COLUMN TOTALS** | | | 588,447.84 | 588,447.84 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 588,447.84 | 588,447.84 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$588,447.84** | **$588,447.84** | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)                                  ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 7

| | |  | | |
|---|---|---|---|---|
| Case No.: | 12-33090-BKC-JKO | | Trustee Name: | Barry E. Mukamal (290830) |
| Case Name: | FTLL ROBOVAULT LLC | | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***9262 | | Account #: | ******9897 Checking Account |
| For Period Ending: | 04/11/2019 | | Blanket Bond (per case limit): | $56,290,000.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | | | | | |

**(No transactions on file for this period)**

| | | | |
|---|---|---|---|
| | COLUMN TOTALS | 0.00 | 0.00 | $0.00 |
| | Less: Bank Transfers/CDs | 0.00 | 0.00 | |
| | **Subtotal** | 0.00 | 0.00 | |
| | Less: Payments to Debtors | | 0.00 | |
| | **NET Receipts / Disbursements** | **$0.00** | **$0.00** | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)                                          ! - transaction has not been cleared

**Form 2**

**Cash Receipts And Disbursements Record**

Exhibit 9
Page: 8

| | |
|---|---|
| Case No.: | 12-33090-BKC-JKO |
| Case Name: | FTLL ROBOVAULT LLC |
| Taxpayer ID #: | **-***9262 |
| For Period Ending: | 04/11/2019 |

| | |
|---|---|
| Trustee Name: | Barry E. Mukamal (290830) |
| Bank Name: | Metropolitan Commercial Bank |
| Account #: | ******9897 Checking Account |
| Blanket Bond (per case limit): | $56,290,000.00 |
| Separate Bond (if applicable): | N/A |

| | |
|---|---:|
| Net Receipts: | $588,447.84 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $520,903.86 |
| Net Estate: | $67,543.98 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******7866 Checking Account | $588,447.84 | $588,447.84 | $0.00 |
| ******9897 Checking Account | $0.00 | $0.00 | $0.00 |
| | $588,447.84 | $588,447.84 | $0.00 |

UST Form 101-7-TDR (10 /1/2010)